BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baldev Singh Mann, | No. 1:12-cv-1926 AWI BAM |
| Plaintiff, | JOINT STIPULATION AND ORDER |
| v. | |
| Eric H. Holder, Jr., et al., | |
| Defendants. | |

This is an immigration case challenging the denial of an I-485 application to adjust status to that of lawful permanent resident. The parties hereby stipulate that the time for the filing of the government's answer to the complaint be extended to May 3, 2013, and the status conference be reset to sometime after the new answer date.

Dated: March 4, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Audrey B. Hemesath
      AUDREY B. HEMESATH
      Assistant U.S. Attorney

      /s/ Love Melville Macione
      LOVE MELVILLE MACIONE
      Attorney for the Plaintiff

1

<u>ORDER</u>

Pursuant to this Joint Stipulation, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to May 3, 2013. The initial scheduling conference currently set for March 7, 2013, is reset to May 9, 2013 at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe .

IT IS SO ORDERED.

**Dated:** **March 5, 2013**        /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE