IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH MANN,            )<br>                              )<br>            Plaintiff,    )<br>    v.                        )<br>                              )<br>ERIC H. HOLDER, JR., et al.,  )<br>                              )<br>            Defendants.   )<br>_____) | 1:12-CV-1926 AWI BAM<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

    Defendants have noticed for hearing and decision a motion to dismiss. The matter is scheduled for a hearing on June 3, 2013. Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 3, 2013, is VACATED, and the parties shall not appear at that time. As of June 3, 2013, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 29, 2013

_____
SENIOR DISTRICT JUDGE