BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH MANN,<br><br>      Plaintiff,<br><br>   v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>      Defendants. | No. 1:12-cv-1926 AWI BAM<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case challenging the denial of an I-485 application to adjust status to that of lawful permanent resident. The parties hereby stipulate that the time for the filing of the government's answer to the complaint be extended to September 12, 2013, and the status conference be reset to sometime after the new answer date.

Dated: July 12, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Audrey B. Hemesath
      AUDREY B. HEMESATH
      Assistant U.S. Attorney

      /s/ Saad Ahmad
      SAAD AHMAD
      Attorney for the Plaintiff

1

ORDER

Pursuant to this Joint Stipulation, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to September 12, 2013. The status conference is CONTINUED from August 28, 2013 to Monday, October 21, 2013 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. Accordingly, no later than seven (7) days before the status conference, the Plaintiff shall file a brief status report indicating the status of this action. The parties may appear telephonically by calling chambers on one-line at 559-499-5789.

IT IS SO ORDERED.

DATED: 7/15/2013                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE