# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH MANN,<br><br>    Plaintiff<br><br>    v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>    Defendants | CASE NO. 1:12-CV-1926 AWI BAM<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

   The parties have filed cross motions for summary judgment that are set for hearing on February 10, 2014.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 10, 2014, is VACATED, and the parties shall not appear at that time.  As of February 10, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 4, 2014                              _____
                                                                             SENIOR  DISTRICT  JUDGE